# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**Kathleen Dukes,**

    **Plaintiff,**

**v.**                                      Case No. 2:03-CV-00784
                                         **JUDGE SMITH**
                                         **Magistrate Judge Abel**

**ADS Alliance Data Systems, Inc.,**

    **Defendant.**

## CONDITIONAL DISMISSAL

This case was reported settled by the parties on June 26, 2007, and a preliminary Settlement Agreement was executed by the parties in the presence of this Court.  A final settlement agreement and release is currently being finalized by the parties.  The Court therefore **CONDITIONALLY DISMISSES** this case, subject to a motion to reopen the case if filed within thirty days after the date of this order if all of the terms and conditions of the settlement have not been fulfilled.

The Clerk shall remove this case from the Court's pending cases and motions lists.

       **IT IS SO ORDERED.**

                                               */s/ George C. Smith*
                                               **GEORGE C. SMITH, JUDGE**
                                               **UNITED STATES DISTRICT COURT**